**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **All Craft Marine, L.L.C.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Century Boats** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-1334112** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40047 County Road 54 East** <br> **Zephyrhills, FL 33540** <br> Number, Street, City, State & ZIP Code | **P.O. Box 2859** <br> **Zephyrhills, FL 33539** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Pasco** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **All Craft Marine, L.L.C.**                                          Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **All Craft Marine, L.L.C.**                                    Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

Debtor   **All Craft Marine Holdings, LLC**              Relationship   **Related Entity**

District **Middle District of Florida, Tampa Division**   When _____   Case number, if known _____

---

**11.** **Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **All Craft Marine, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1.10.2025**

X _____
Signature of authorized representative of debtor

**Lloyd R. Sorenson**
Printed name

Title   **Manager of Sorfam Capital Fund, LLC, Manager**

**18. Signature of attorney**

X   **/s/ Daniel R. Fogarty**
Signature of attorney for debtor

Date   **1.10.2025**
MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-0144**      Email address   **dfogarty@srbp.com**

**0017532 FL**
Bar number and State

3D Model Center Limited
2F, No.9, Yongbao Road
ZhongShan City
CHINA

Access Fire Protection Inc
7198 21st Street
Sarasota, FL 34243

Active Interest Media
PO Box 951556
Dallas, TX 75395-1556

Advanced Yacht Consulting
Taalstraat 179
5261BD Vught
THE NETHERLANDS

Aim Supply
PO BOX 778902
Chicago, IL 60677-8902

Albin Pump Marine LLC
65 Walnut St
Peabody, MA 01960

Anchors Aweigh Capital LLC
1323 SE 17th St, Ste 363
Ft Lauderdale, FL 33316

Apex Marine Sales, LLC
1995 NW 11th Street
Miami, FL 33125

APF Marine Group
99 Marcus Blvd
Hauppauge, NY 11788

Aqua Chill of Tampa
PO Box 327
Glendale, AZ 85311

Attwood
25349 Network Place
Chicago, IL 60673-1253

Bahrs Propane
4441 Allen Rd
Zephyrhills, FL 33541

Bank of America
Attn: Felipe Ramirez, Sr VP
101 E. Kennedy Dr., #500
Tampa, FL 33602

Best Fab
2145 Bravo Ave
Bartow, FL 33830-6642

BocaTech Switches
204 Pitcarin Way Suite A
Augusta, GA 30909

Bonnier Corporation
PO Box 538167
Atlanta, GA 30353-8167

Bryan Lucius
3341 Parkway Blvd
Land O Lakes, FL 34639

Campbell's Boat Work, Inc
790 MacArthur Blvd
Pocasset, MA 02559

Candido Colon Jr
30718 Clearview Dr
Wesley Chapel, FL 33545

Century Boat Club, Inc.
714 Shepherd's Drive Unite 1
West Bend, WI 53090

CFH Cable, Inc.
PO Box 3418
Riverview, FL 33568

Cherry Bekaert
PO Box 25549
Richmond, VA 23260-5500

City of Zephyrhills
5335 8th Street
Zephyrhills, FL 33542

Clean Management Environmental
PO Box 1606
Walterboror, SC 29488

Composites One

PO Box 409328
Atlanta, GA 30384-9328

Conviviant
7844 Halen Ct
Trinity, FL 34655

Corvant LLC - PierVantage
131 Continental Drive, Ste 409
Newark, DE 19713

Defender 990

Dometic
Dept CH 17092
Palatine, IL 60055

Donald Wallace
2913 Desert Candle Drive
Round Rock, TX 78681

Donovan Marine
1406 1-35W
Denton, TX 76207

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

E.S. Ritchie & Sons
PO Box 548, 243 Oak Street
Pembroke, MA 02359

Edward Leonetti
39639 Keiths Circle
Zephyrhills, FL 33542

Fabri-Tech
6719 Pine Ridge Court
Jenison, MI 49428

FDOT
PO Box 31241
Tampa, FL 33631-3241

Fedex
PO Box 660481
Dallas, TX 75266-0481

FHB Advisory Services

3366 Hickorywood Way
Tarpon Springs, FL 34688

FIAMM Technologies, LLC
28723 Network Place
Chicago, IL 60673

Fiberlay
1468 North Gate Blvd
Sarasota, FL 34234

Fisheries Supply
1900 N Northlake Way
Seattle, WA 98103

Florida Blue
4800 Deerwood Campus Pkwy
Jacksonville, FL 32246

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Foam & Upholstery
120 S Ring Ave
Tarpon Springs, FL 34689

Flow Rite
960 74th Street SW
Byron Center, MI 49315

FPL
1253 12th Ave E
Palmetto, FL 34221

Fred Brown
3366 Hickorywood Way
Tarpon Springs, FL 34688

Frigibar
1632 NE 12th Terrace
Ft. Lauderdale, FL 33909

Fusion Powder Coating
1951 Whitfield Park Dr
Sarasota, FL 34243

G G Schmitt
7230 15th Street East
Sarasota, FL 34243

Garmin
1200 E. 151st Street
Olathe, KS 66062-3426

Gioia Sails South
10 Commerce Blvd
Palm Coast, FL 32164

Gioia Sails, Inc
1951 Rutgers University Blvd
Lakewood, NJ 08701

Great Lakes Manufacturing Group, Ltd
7856 W Central Ave
Toledo, OH 43617

Great Lakes Scuttlebutt
7856 W Central Ave
Toledo, OH 43617

Greater Nevada Credit Union
c/o Ben H. Harris, Esq.
201 S. Biscayne Blvd., #3000
Miami, FL 33131

Greater Nevada Credit Union
451 Eagle Station Lane
Carson City, NV 89702

Greater Nevada Credit Union
5200 Neil Rd., #200
Reno, NV 89502

Gregg Orr Marine Destin
612 Harbor Blvd
Destin, FL 32541

Grow Boating
NMMA Payment Center
33928 Treasury Center
Chicago, IL 60694-3900

GulfStream Boat Club
777 Palm Trail
Delray Beach, FL 33483

Gunster
777 South Flagler Drive, St 500
West Palm Beach, FL 33401

Hose Power USA
PO Box 861777
Orlando, FL 32886-1777

Imtra Corp
30 Samuel Barnet Blvd
New Bedford, MA 02745

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086

Jeff Grey
7 Indian River Ave #407
Titusville, FL 32796

Jeff Talarico
3903 Day Bridge Pl
Ellenton, FL 34222

Jeffrey Day
14150 US Highway 98 N
Kathleen, FL 33849

Jeremy Clyde
1115 Sarasota Circle
Dallas, TX 75223

Jim Rice AC Services
21 Morning Glory Ct
Homosassa, FL 34446

Jim Schneider
600 Congress Ave, Ste 500
Austin, TX 78701

JL Audio
10369 North Commerce Parkway
Miramar, FL 33025-3962

John Wilson
38532 2nd Ave
Zephyrhills, FL 33542

Johnathan Windross
6736 Gall Blvd Rm. 17
Zephyrhills, FL 33542

Jose Vizcarrondo
8862 Cypress Manor Dr
Tampa, FL 33647

JR Boat Sales
222 Old Neck Rd
Center Moriches, NY 11934

Juhasz Consulting, LLC
205 Lakeside Farms Drive
Duncan, SC 29334

Julie Olson
35676 Burma Reed Dr
Zephyrhills, FL 33541

Justin Angel
4049 Golf Village Loop, Apt 1
Lakeland, FL 33809

Justin Cooksey
36103 Aulbach Ln
Zephyrhills, FL 33541

Keva, LLC
2201 4th Street N, #201
St Petersburg, FL 33704

Kim M Hastings
23241 Marsh Landing Blvd
Estero, FL 33540

Krayden
1491 West 124th Ave
Westiminster, CO 80234

LA Fasteners Inc
15W650S Frontage Road
Burr Ridge, IL 60527

Ladd Distribution
26449 Network Place
Chicago, IL 60673-1264

Land and Sea Glass
103 Sanderling Dr

Winter Haven, FL 33881

Lewis Marine
3377 SW 2nd Ave
Ft. Lauderdale, FL 33315

Lisa Siesennop/Rene Mulherin

Lloyd Sorenson
5424 Saddlebrook Way
Wesley Chapel, FL 33543

Lloyd Sorenson
5020 Mill Pond Road 3158
Wesley Chapel, FL 33543

LNS
12355 SW County Rd 769
Lake Suzy, FL 34269

Long Island BC
110 Sunrise Hwy
West Islip, NY 11795

Loren Wolsiffer
4011 Martin Luther King St N
St Petersburg, FL 33703

LTK Yachts Inc,
2548 Knight Island
Brandon, FL 33511

John Henry Lucius
1709 Anglers Ct.
Safety Harbor, FL 34695

Luis Vizcarrondo
9324 Cabtree Ln
Port Richey, FL 34668

Lumishore USA
7127 24th Court East
Sarasota, FL 34243

Lynch, Cotton
P.O. Box 1222
Dade City, FL 33526

Magnum Outboard
2517 8th Street

Harvey, LA 70058

Majestic Global
PO Box 796575
Dallas, TX 78379

Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Marine Fasteners
2152 Martin Luther King Jr Blvd, Ste 108
Sanford, FL 32771

Marine Town
2061 NW US Highway 19
Crystal River, FL 34428

Marion Lazier
1714 17th Street E
Bradenton, FL 34208

Maritime Advisory Group/Aubrey Kuepper
1583 Hawk View Way
Encinitas, CA 92024

Marsh McLennan
PO Box 744959
Atlanta, GA 30374-4959

Mate Series Inc.
PO Box 1829
Palm City, FL 34991

Matheson Tri-Gas Inc
995 Ponce De Leon Blvd
Brooksville, FL 34601

Matthew J Rossi
401 Orange St
Millville, NJ 08332

McCausey
32205 Little Mack Ave
Roseville, MI 48066-0545

McMaster-Carr 988
PO Box 7690
Chicago, IL 60680-7690

Mercury Marine
24751 Network Place
Chicago, IL 60673

Michael Brundage, Esq.
100 Main St. #204
Safety Harbor, FL 34695

Michael Linse
53 Calle Palmeras, #601
San Juan, PR 00901

Michael Traini
341 83rd Ave
St Pete Beach, FL 33706

Mist-er-Comfort
5703 Red Bug Lake Rd, Ste 103
Winter Springs, FL 32708

MVP
PO Box 306107
Nashville, TN 37230-6107

My-Alarm LLC
PO Box 1485
Lutz, FL 33548

New Wire Marine
4695 Franchise Street
Charleston, SC 29418

Next Generation Power Engineering, Inc.
1732 St. Johns Bluff Road S
Jacksonville, FL 32246

Next Generation Power Engineering, Inc.
c/o Marcadis & Singer, P.A.
5104 S. Westshore Blvd.
Tampa, FL 33611

NMMA-Membership
PO Box 734266
Chicago, IL 60673

NMMA-Supplies
PO Box 734266
Chicago, IL 60673-4266

Oblon, McClelland, Maier & Neustadt LLP

1940 Duke Street
Alexandria, VA 22314

Ocean State Composites
56 Louisa Drive
Tiverton, RI 02878

On the Water
35 Technology Park #2
East Falmouth, MA 02536

Pacer Group
1555 Apex Rd.
Sarasota, FL 34240

Pasco County Florida - Solid Waste
PO Box 210
New Port Richey, FL 34656-0210

Pasco County Tax Collector
P.O. Box 276
Dade City, FL 34297

Patrick Industries, Inc.
dba Design Concepts
6805 15th St. E.
Sarasota, FL 34243

Patrick Industries, Inc.
107 W. Franklin St.
P.O. Box 638
Elkhart, IN 46515

Power Products
23287 Network Place
Chicago, IL 60673-1232

PPI
6304 17th St.
Sarasota, FL 34243

Premium Marine
613 Cidco Rd
Cocoa, FL 32926

Professional Plastics
8633 Elm Fair Blvd
Tampa, FL 33610

Protegis Fire & Safety

PO Box 931933
Cleveland, OH 44193

Quick USA
810 Oregon Av, Ste F
Linthicum, MD 21090

R&D Supplies
12722 62nd Street, Ste 200
Largo, FL 33773

R. Michael Pierro, Esq.
146 2nd St. N., #310
Saint Petersburg, FL 33701-3361

Randy
P.O. Box 100
Hoboken, GA 31542

Randy Hogan
15491 Estancia Lane
Wellington, FL 33414

Recrut
981 Trillium Trail
Oshkosh, WI 54904

Reliatex, Inc.
6004 Bonacker Drive
Tampa, FL 33610-4879

Richard Squires
3889 Maple Ave., #125
Dallas, TX 75219

Ring Power
PO Box 935004
Atlanta, GA 31193-5004

Ron Baumsteiger
401 150th Ave Apt 233
Madeira Beach, FL 33708

Roto-Rooter
5020 Tampa W Blvd
Tampa, FL 33634

Ryan McCarthy
38532 2nd Ave
Zephyrhills, FL 33542

S+H Consulting Group
271 17th Street NW, Ste 1600
Atlanta, GA 30363

Safety Components
30 Emery Street
Greenville, SC 29605

Ian Schnitzler
1565 N Galvez Street
New Orleans, LA 70119

Sea Wide
PO Box 417450
Boston, MA 02241-7450

Seastar Solutions
DEPT CH 17092
Palatine, IL 60055-7092

Shaw Transport & Hauling LLC
PO Box 245
Lynn Haven, FL 32444

Shawn Schmoll
3503 39th Ave West
Bradenton, FL 34205

Sorfam Capital Fund, LLC
3200 Bailey Lane
Naples, FL 34105

Southco Inc.
PO Box 821316
Philadephia, PA 19182-1316

Southern States Toyota Lift
115 S 78th Street
Tampa, FL 33619

Spectrum
15201 N Dale Mabry Hwy Unit 32
Tampa, FL 33618

Spectrum Color
135 E Davis Industrial Drive, Ste 1
St Augustine, FL 32084

Splash

2676 SE Willoughby Blvd
Stuart, FL 34994

Springfield
1093 N. Cynthia Drive, Ste 1
Nixa, MO 65714

SPX Flow US LLC
Bank of America Lockbox Services
Lockbox 277886
6000 Feldwood Rd
Atlanta, GA 30349

Staples
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

Steve Koepp
6904 Manatee Ave W 308
Brandenton, FL 34209

Steven Lease
6604 Lincoln Rd
Bradenton, FL 34203

Sunshine Fence Installation Inc.
803 20th Ave W
Bradenton, FL 34205

SunTrust Bank/Truist Bank
7809 Gall Blvd.
Zephyrhills, FL 33541

Taco Metals
PO Box 936897
Atlanta, GA 31193-6897

Tag Resources, LLC
6501 Deane Hill Drive
Knoxville, TN 37919

Ted Ryan
4865 48th St W Apt 905
Bradenton, FL 34210

Terry Olson
35676 Burma Reed Dr
Zephyrhills, FL 33541

TForce Freight
PO Box 1216
Richmond, VA 23218-1216

TH Marine
200 Finney Drive
Huntsville, AL 35824

The LCF Group, Inc.
3000 Marcus Ave., #2W15
New Hyde Park, NY 11042

Timothy's Lawn Care
37902 Wicklow Ave
Zephyrhills, FL 33540

Toyota Commercial Finance
Lockbox 660926, 1
501 North Plano Rd, Ste 100
Richardson, TX 75081

Toyota Industries Commercial
Finance, Inc.
P.O. Box 9050
Coppell, TX 75019

Transhield
2932 Thorne Dr
Elkhart, IN 46514

TransMedia Group
240 West Palmetto Park Rd, Ste 300
Boca Raton, FL 33432

Trenam Kemker
PO Box 1072
Tampa, FL 33601

TriNet HR II-A Inc.
1 Park Place, Ste 600
Dublin, CA 94568-7983

Truist Bank - LOC Dept
7701 Airport Center Drive, Ste 2600
Greensboro, NC 27408

Uflex
6442 Parkland Dr.
Sarasota, FL 33540

Uline
PO Box 88741
Chicago, IL 60680-1741

United Site Services
1881 Massaro Blvd
Tampa, FL 33619

UPS
PO Box 650116
Dallas, TX 75265

UPS Freight
PO Box 650690
Dallas, TX 75265

Vallen Distribution, Inc.
PO Box 404753
Atlanta, GA 30384

VEA Technologies
3575 Ringsby Ct, Ste 418
Denver, CO 80216

Vetus/Maxwell
7251 National Drive, Ste B
Hanover, MD 21076

Visual Concepts in Plastic, Inc.
2113 60th Drive
East Bradenton, FL 34203

VSC
10343 Kings Acre Road
Ashland, VA 23005

Waste Management of Pasco
AS Payment Agent
PO Box 4648
Carol Stream, IL 60197-4648

Wegner Law PLLC
3200 Bailey Lane, Ste 199
Naples, FL 34105

West Florida Battery
7932 US Hwy 19
Port Richey, FL 34668

Wet Sounds Inc.

2975 Louise St
Rosenburg, TX 77471

World Panel Products Inc.
1750 Australian Ave #1
Riviera Beach, FL 33404

Xylem
26717 Network Place
Chicago, IL 60673-1267

Yachting Solutions
229 Commercial St
Rockport, ME 04856

Yamaha Motor Finance Corp., USA
6555 Katella Ave.
Cypress, CA 90630

Yamaha Motor Finance Corp., USA
3065 Chastain Meadows Pkwy NW #100
Marietta, GA 30066